UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **JUANITA MAE SMITH** | **CASE NO. 6:23-CV-00123** |
| **VERSUS** | **JUDGE DEE D. DRELL** |
| **COMMISSIONER OF SOCIAL SECURITY** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, after an independent review of the record, after consideration of objections filed, and having determined that the findings and recommendations are correct under the applicable law;

**IT IS ORDERED, ADJUDGED, AND DECREED** that the decision of the Commissioner of the Social Security Administration is AFFIRMED, and this matter is DISMISSED WITH PREJUDICE, consistent with the report and recommendation.

**THUS DONE AND SIGNED** in Alexandria, Louisiana, on this 14th day of November 2023.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT